—Order unanimously affirmed without costs. Same Memorandum as in *Murray v Rudolf Bass, Inc.* ([appeal No. 1] 226 AD2d 1068 [decided herewith]). (Appeals from Order of Supreme Court, Erie County, Notaro, J.—Vacate Default Judgment.) Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.

■ MICHAEL MURRAY, Respondent, v RUDOLF BASS, INC., Appellant. (Appeal No. 3.) [642 NYS2d 847] —Order unanimously affirmed without costs. Same Memorandum as in *Murray v Rudolf Bass, Inc.* ([appeal No. 1] 226 AD2d 1068 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Renewal.) Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.

■ In the Matter of SHATINA L., a Child Alleged to be Permanently Neglected. DONALD L., Appellant; CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 1.) [642 NYS2d 845] —Order unanimously affirmed without costs. Memorandum: Family Court properly granted the petitions terminating the parental rights of respondent based upon his permanent neglect of his three daughters. Despite petitioner's efforts over a three-year period to help respondent to plan for his children's future, respondent continually failed to do so (*see*, Social Services Law § 384-b [7] [a]; *Matter of Star Leslie W.*, 63 NY2d 136; *Matter of Tanya P.*, 219 AD2d 849). (Appeal from Order of Chautauqua County Family Court, Hartley, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.

■ In the Matter of AMANDA L., a Child Alleged to be Permanently Neglected. DONALD L., Appellant; CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [642 NYS2d 846] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Shatina L.* (226 AD2d 1069 [decided herewith]). (Appeal from Order of Chautauqua County Family Court, Hartley, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.

■ In the Matter of TABITHA L., a Child Alleged to be Permanently Neglected. DONALD L., Appellant; CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 3.) [642 NYS2d 846] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Shatina L.* (226 AD2d 1069 [decided herewith]). (Appeal from Order of Chautauqua County Family Court, Hartley, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.

■ MARGARET CHRISTMANN et al., Respondents, v CAROL MURPHY, Appellant. [642 NYS2d 123] —Order unanimously re-